Submitted on record and briefs June 30, reversed and remanded July 18, 1977

STATE OF OREGON, *Appellant,*

*v.*

CLARENCE RAY SOUTH, *Respondent.*

(No. F03291 (DA 126197), CA 7989)

566 P2d 925

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem, filed the brief for appellant.

William D. Scalf, and Hawkins, Germundson, Scalf & Young, Gresham, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

Reversed and remanded. *State v. South,* 29 Or App 873, 565 P2d 771 (1977).